# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMAR GREEN,** | : | |
| Petitioner | : | No. 1:25-cv-01768 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN F. GARZA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 10th day of February 2026, after considering the petition for a writ of habeas corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Jamar Green ("Green") (Doc. No. 1), Respondent's response in opposition to Green's petition (Doc. No. 9), and Green's reply brief in further support of his petition (Doc. No. 10), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Green's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania